IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEMP INDUSTRIES ASSOCIATION, and RE BOTANICALS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION, and TIMOTHY SHEA, in his official capacity as Acting DEA Administrator,<br><br>*Defendants*. | Case No. 1:20-cv-02921-JEB |

## DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the attached Memorandum of Points and Authorities, Defendants hereby move to dismiss Plaintiffs' Complaint. In addition to their Memorandum of Points and Authorities, Defendants have filed a proposed order with this motion.

Dated: December 28, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*