IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEMP INDUSTRIES ASSOCIATION; and RE BOTANICALS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION and TIMOTHY SHEA, in his Official Capacity,<br>    Defendants. | §<br>§<br>§<br>§<br>§   Case No. 1:20-cv-02921 (JEB)<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO EXTEND TIME

The Parties respectfully move to extend the time for (i) Plaintiffs to file an opposition to the Operative MTD from the current deadline of February 23, 2021 to March 2, 2021; and (ii) for Defendants to file a reply in support of the Operative MTD from the current deadline of March 16, 2021 to March 23, 2021.

Good cause supports the Parties' request for this additional time. Multiple members of Plaintiffs' counsel have tested positive for COVID-19 and/or are exhibiting symptoms consistent with a COVID-19 infection. The Parties therefore respectfully request a one (1) week extension on the current briefing schedule.

Dated:  February 12, 2021

                               By:  */s/ David Kramer*
                               David C. Kramer, Esq. (Bar ID CA00069)
                               VICENTE SEDERBERG LLP
                               633 West 5th Street, 26th Floor
                               Los Angeles, CA 90071
                               Telephone: (303) 860-4501
                               Email:  d.kramer@vicentesederberg.com

Dated:  February 12, 2021              By:  */s/ Michael F. Knapp*

MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov