# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEMP INDUSTRIES ASSOCIATION; and RE BOTANICALS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION and TIMOTHY SHEA, in his Official Capacity,<br>    Defendants. | §<br>§<br>§<br>§<br>§   Case No. 1:20-cv-02921 (JEB)<br>§<br>§<br>§<br>§<br>§ |

## **NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs, Hemp Industries Association and RE Botanicals, Inc., in the above case appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of the District Court entered in this action on May 3, 2021, granting Defendants' motion to dismiss and dismissing this case without prejudice.

Dated this 19th day of May, 2021.

                Respectfully submitted,

By: */s/ David Kramer*
    David C. Kramer, Esq. (Bar ID CA00069)
    VICENTE SEDERBERG LLP
    633 West 5th Street, 26th Floor
    Los Angeles, CA 90071
    Telephone: (303) 860-4501
    Email:  d.kramer@vicentesederberg.com

    Shawn Hauser, Esq. (admitted pro hac vice)
    Michelle Bodian, Esq. (admitted pro hac vice)
    VICENTE SEDERBERG LLP
    455 Sherman Street, Suite 390
    Denver, CO 80203
    Telephone: (303) 860-4501
    Emails:  shawn@vicentesederberg.com
             m.bodian@vicentesederberg.com

    Shane Pennington (Bar ID TX0189)
    VICENTE SEDERBERG LLP
    1115 Broadway, 12th Floor
    New York, NY 10010
    Telephone: (917) 338-5455
    Email:  s.pennington@vicentesederberg.com

    Matthew C. Zorn (Bar ID TX0188)
    YETTER COLEMAN LLP
    811 Main Street, Suite 4100
    Houston, TX 77002
    Telephone: (713) 632-8000
    Email: mzorn@yettercoleman.com

    Rod Kight, Esq.† (admitted pro hac vice)
    KIGHT LAW OFFICE PC
    84 West Walnut Street, Suite 201
    Asheville, NC 28801
    Telephone: (828) 255-9881
    Email:  rod@kightlaw.com

    Robert Hoban, Esq.† (admitted pro hac vice)
    HOBAN LAW GROUP
    730 17th Street, Suite 420

Denver, CO 80202
Telephone: (844) 708-7087
Emails: bob@hoban.law

*Attorneys for Plaintiffs*

*†Counsel for Plaintiff RE Botanicals, Inc. only*